In the Matter of the People ex rel. Louis W. Schultze, Coroner, etc., to Theodore W. Myers, Comptroller of the City of New York.

(Argued February 29, 1892; decided March 15, 1892.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made October 16, 1891, which affirmed an order of Special Term denying an application for a peremptory mandamus.

*Daniel P. Hays* for appellant.

*Theodore Connoly* for respondent.

Agree to affirm on opinion below.
All concur, except Earl, Ch. J., not voting.
Order affirmed.